## HALL V. THE STATE.

*Murder.*

(Decided March 6, 1907.)

APPEAL from Walker Law and Equity Court.
Heard before Hon. T. L. SOWELL.
RAY & LEITH, for appellant.
MASSEY WILSON, Attorney General, for the State.

TYSON, C. J.—Reversed and remanded on the authority of *Newsom v. The State,* 107 Ala. 133, and *Bryant v. The State,* 116 Ala. 445.

HARALSON, SIMPSON, and DENSON, JJ., concur.

## HANCKEN V. MAYOR, ETC., OF BIRMINGHAM.

*Violating City Ordinance.*

(Decided March 2, 1907.)

APPEAL from Jefferson Criminal Court.
Heard before Hon. S. L. WEAVER.
J. C. B. GWIN, for appellant.
No counsel marked for appellee.
McCLELLAN, J.—Affirmed.
TYSON, C. J., DOWDELL and ANDERSON, JJ., concur.

## HOLLIFIELD V. THE STATE.

*Crime.*

(Decided March 6, 1907.)

APPEAL from Perry Circuit Court.
Heard before Hon. B. M. MILLER.
DEGRAFFINREID & EVINS, for appellant.
ALEXANDER M. GARBER, Attorney General, for the State.

SIMPSON, J.—Affirmed on the authority of *Ford v. The State,* 129 Ala. 17.

TYSON, C. J., HARALSON and DENSON, JJ., concur.